IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SEVERO GURULE,**

    Plaintiff,

v.                                                                          No. 13-cv-0916 SMV

**CAROLYN COLVIN,**
**Acting Comm'r of SSA,**

    Defendant.

## ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Seal Administrative Record [Doc. 14], filed on March 12, 2014. The Court, being advised that the Motion is unopposed and being otherwise fully advised in the premises, finds that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Unopposed Motion to Seal Administrative Record [Doc. 14] be **GRANTED**. The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**
                                                                        **Presiding by Consent**