# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**SEVERO GURULE,**

    **Plaintiff,**

vs.                                                            **No. CV 13-916 SMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, **I FIND** that the Motion is well-taken;

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **May 23, 2014**;

2. Defendant shall file a Response no later than **July 17, 2014**; and

3. Plaintiff may file a Reply no later than **August 4, 2014**.

4. All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law.

5. All requests for extension of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                              _____
                                                               **STEPHAN M. VIDMAR**
                                                               **UNITED STATES MAGISTRATE JUDGE**
                                                               **Presiding by Consent**

**Submitted by**:

  s/ Michael D. Armstrong
 Michael D. Armstrong
Attorney for Plaintiff

**Approved by email
on May 7, 2014, by**:

---

Manny Lucero
Attorney for Commissioner