**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**SEVERO GURULE,**

        **Plaintiff,**

**vs.**                            **Civil No.**          **13-916 SMV**

**CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,**

        **Defendant.**

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR ATTORNEY FEES UNDER EAJA**

      **THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to

the Equal Access to Justice Act, with Memorandum in Support [Doc. 28], filed on June 10, 2015.

Plaintiff requests attorney fees in the amount of $6,834.00. The Commissioner does not oppose

the motion and, therefore, does not object to Plaintiff's request for attorney fees. The Court being

otherwise fully advised in the premises, **FINDS** that the motion is well-taken and will be

**GRANTED**.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's

Motion [Doc. 28] is **GRANTED**, and Plaintiff Severo Gurule is authorized to receive $6,834.00

for payment to his attorney for services before this Court, as permitted by the Equal Access to

Justice Act, 28 U.S.C. § 2412, and in accordance with Manning v. Astrue, 510 F.3d 1246, 1255

(10th Cir. 2007).

      **IT IS FURTHER ORDERED** that if Plaintiff's counsel is ultimately granted attorney

fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller

award to Plaintiff pursuant to <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789, 796 (2002) ("Congress harmonized fees payable by the Government under EAJA with fees payable under § 406(b) out of the claimant's past-due Social Security benefits in this manner: Fee awards may be made under both prescriptions, but the claimant's attorney must refun[d] to the claimant the amount of the smaller fee.") (internal quotation marks omitted).

**IT IS SO ORDERED**.

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

Submitted By:

_/s/Michael D. Armstrong_
Michael D. Armstrong
Attorney for Plaintiff

Email approval on 6/15/15 by:
Manuel Lucero, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
manny.lucero@usdoj.gov